UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JORGE ANIBAL TORRES PUELLO,**

   **Plaintiff,**

v.               Case No: 5:20-cv-146-Oc-41PRL

**ROBIN BERNSTEIN, U.S.**
**DEPARTMENT OF STATE and U.S.**
**EMBASSY IN SANTO DOMINGO,**

   **Defendants.**
_____/

**ORDER**

  THIS CAUSE is before the Court on Petitioner's Emergency Petition for a Writ of Mandamus ("Emergency Petition," Doc. 1). Therein, Petitioner alleges that he and his mother have been receiving threats from officials in the Dominican Republic. (*See generally id.*). However, Petitioner does not provide any details on what specific threats were conveyed or how they were conveyed. Nor does Petitioner explain how he or his mother may be in imminent harm.

  Petitioner then requests relief pursuant to 28 U.S.C. § 1361, which grants to district courts "original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." Petitioner appears to be requesting this Court to compel a United States Ambassador for the Dominican Republic to personally intervene and cause government officials of the Dominican Republic to stop the alleged threats. This is not an action that this Court can compel pursuant to the statute.

  The Emergency Petition is due to be denied because Petitioner has not explained how he has been threatened, how he or his mother may be under threat of imminent harm, or how this Court can provide relief. Accordingly, it is **ORDERED** and **ADJUDGED** that Petitioner's

Emergency Petition (Doc. 1) is **DENIED**. **On or before April 27, 2020,** if Petitioner can properly state a claim, he may file an Amended Petition. Failure to do so may result in the dismissal of this matter without further notice.

**DONE** and **ORDERED** in Ocala, Florida on April 10, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party